ADRMOP,CLOSED,TRANSF

# U.S. District Court
# California Northern District (San Francisco)
# CIVIL DOCKET FOR CASE #: 3:23–cv–00403–TSH

| | |
|---|---|
| Hollenback et al v. Robinhood Financial LLC et al | Date Filed: 01/27/2023 |
| Assigned to: Magistrate Judge Thomas S. Hixson | Date Terminated: 02/23/2023 |
| Demand: $5,000,000 | Jury Demand: Plaintiff |
| Cause: 28:1330 Breach of Contract | Nature of Suit: 190 Contract: Other |
| | Jurisdiction: Diversity |

**Plaintiff**

**Daniel Hollenback**                                   represented by   **Wendy Aline Mitchell**
                                                                        Napoli Shkolnik, PLLC
                                                                        400 Continental Boulevard
                                                                        6th Floor
                                                                        El Segundo, CA 90245
                                                                        212–397–1000
                                                                        Email: WAMitchell@napolilaw.com
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Matthew Johnson**                                    represented by   **Wendy Aline Mitchell**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Aaron Namaki**                                       represented by   **Wendy Aline Mitchell**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Scott Morrow**                                       represented by   **Wendy Aline Mitchell**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Legacy Winters**                                     represented by   **Wendy Aline Mitchell**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jason Tamburello**                                   represented by   **Wendy Aline Mitchell**
                                                                        (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Derek Wright**                                    represented by   **Wendy Aline Mitchell**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Shelley Smith**                                   represented by   **Wendy Aline Mitchell**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Tung Truong**                                     represented by   **Wendy Aline Mitchell**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Shaw**                                    represented by   **Wendy Aline Mitchell**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Roque King**                                      represented by   **Wendy Aline Mitchell**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher Myers**                               represented by   **Wendy Aline Mitchell**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christos Mantzekis**                              represented by   **Wendy Aline Mitchell**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brandon Knight**                                  represented by   **Wendy Aline Mitchell**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher Stanton**                                                      represented by   **Wendy Aline Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Yvenel Casseide**                                                      represented by   **Wendy Aline Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Logan Foster**                                                      represented by   **Wendy Aline Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Don Carter**                                                      represented by   **Wendy Aline Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Eli Godman**                                                      represented by   **Wendy Aline Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jonathan Reynolds**                                                      represented by   **Wendy Aline Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Molly Brookshire**                                                      represented by   **Wendy Aline Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mitch Durfree**                                                      represented by   **Wendy Aline Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stephanie Gowdy**                              represented by   **Wendy Aline Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kashfin Syed**                                 represented by   **Wendy Aline Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher Santos**                           represented by   **Wendy Aline Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Luu**                                  represented by   **Wendy Aline Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rashard Smith**                                represented by   **Wendy Aline Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ernesto Perez**                                represented by   **Wendy Aline Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Diego Tameirao**                               represented by   **Wendy Aline Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Andre Ly**                                     represented by   **Wendy Aline Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kenneth Giorgi**                                represented by   **Wendy Aline Mitchell**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brady Whitaker**                                represented by   **Wendy Aline Mitchell**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Roman Reptushenko**                             represented by   **Wendy Aline Mitchell**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steven Digiulio**                               represented by   **Wendy Aline Mitchell**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Josh Ellis**                                    represented by   **Wendy Aline Mitchell**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alex Fernandez**                                represented by   **Wendy Aline Mitchell**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hallema Harlow**                                represented by   **Wendy Aline Mitchell**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jonathan Moore**                                represented by   **Wendy Aline Mitchell**
                                                                  (See above for address)
                                                                  *LEAD ATTORNEY*
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Hinton**                                  represented by

**Wendy Aline Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Luke Johnson**                                    represented by   **Wendy Aline Mitchell**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Willie Robinson**                                 represented by   **Wendy Aline Mitchell**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jonathan Hamlin**                                 represented by   **Wendy Aline Mitchell**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Bayrami**                                   represented by   **Wendy Aline Mitchell**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Paul Fields**                                     represented by   **Wendy Aline Mitchell**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Christopher Monski**                              represented by   **Wendy Aline Mitchell**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Quintel Stallworth**                              represented by   **Wendy Aline Mitchell**
                                                                     (See above for address)
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ebenezer Chilufya**                               represented by

**Wendy Aline Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Clint Spence**                              represented by   **Wendy Aline Mitchell**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mordechai Moseson**                         represented by   **Wendy Aline Mitchell**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amy Bailik**                                represented by   **Wendy Aline Mitchell**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bayire Bakpa**                              represented by   **Wendy Aline Mitchell**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Majd Dabbas**                               represented by   **Wendy Aline Mitchell**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Frank Silver**                              represented by   **Wendy Aline Mitchell**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brandon Bellemare**                         represented by   **Wendy Aline Mitchell**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chad Bollenbacher**                         represented by

**Wendy Aline Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Salahaldeen Dawood**                    represented by    **Wendy Aline Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mike Sumnick**                    represented by    **Wendy Aline Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jose Perez**                    represented by    **Wendy Aline Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Kenneth Marsac**                    represented by    **Wendy Aline Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patrick Allocco**                    represented by    **Wendy Aline Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Dennis**                    represented by    **Wendy Aline Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rebecca Acosta**                    represented by    **Wendy Aline Mitchell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Roberts**                    represented by

| | | **Wendy Aline Mitchell** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| **Iysha Hayward** | represented by | **Wendy Aline Mitchell** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| **Carissa Purcell** | represented by | **Wendy Aline Mitchell** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| **Kody Kimberlin** | represented by | **Wendy Aline Mitchell** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| **David Gilmore** | represented by | **Wendy Aline Mitchell** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

**Plaintiff**

| **Wilson Charles** | represented by | **Wendy Aline Mitchell** |
| | | (See above for address) |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

V.

**Defendant**

**Robinhood Financial LLC**

**Defendant**

**Robinhood Securities, LLC**

**Defendant**

**Robinhood Markets, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|

| 01/27/2023 | ï 1 | COMPLAINT against Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC ( Filing fee $ 402, receipt number ACANDC–17936088.). Filed byDaniel Hollenback. (Attachments: # 1 Civil Cover Sheet)(Mitchell, Wendy) (Filed on 1/27/2023) (Entered: 01/27/2023) |
|---|---|---|
| 01/30/2023 | ï 2 | **Electronic Filing Error.** Civil Cover Sheet indicates two Nature of Suit selections. Selection indicated under Contract is #!90 and Nature of Suit Selection made under Personal Property of #380. Case used in opening case is #190. Only one Nature of Suit Selection can be used. Please file amended Civil Cover Sheet with one Nature of Suit Selection re 1 . 1 filed by Daniel Hollenback (bw, COURT STAFF) (Filed on 1/30/2023) (Entered: 01/30/2023) |
| 01/31/2023 | ï 3 | Civil Cover Sheet by Daniel Hollenback *Amended Civil Cover Sheet*. (Mitchell, Wendy) (Filed on 1/31/2023) (Entered: 01/31/2023) |
| 01/31/2023 | ï 4 | Case assigned to Magistrate Judge Thomas S. Hixson.<br><br>Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new case documents upon the opposing parties. For information, visit *E–Filing A New Civil Case* at http://cand.uscourts.gov/ecf/caseopening.<br><br>Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. Consent/Declination due by 2/14/2023. (cv, COURT STAFF) (Filed on 1/31/2023) (Entered: 01/31/2023) |
| 01/31/2023 | ï 5 | **Initial Case Management Scheduling Order with ADR Deadlines: Case Management Statement due by 4/27/2023. Initial Case Management Conference set for 5/4/2023 10:00 AM in San Francisco, Courtroom G, 15th Floor. (dhm, COURT STAFF) (Filed on 1/31/2023) (Entered: 02/01/2023)** |
| 02/23/2023 | ï 6 | **CONDITIONAL TRANSFER ORDER (CTO–6) from the Judicial Panel on Multidistrict Litigation, pursuant to 28 USC 1407, to transfer the matter "Hollenback et al v. Robinhood Financial LLC et al" C.A. No. 3:23–cv–00403 from the Northern District of California to the Southern District of Florida to become part of MDL 2989 (dhm, COURT STAFF) (Filed on 2/23/2023) (Entered: 02/23/2023)** |